**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6600**

DWAIN C. FERRELL,

            Plaintiff - Appellant,

      v.

ROBERT C. LEWIS; ALVIN W. KELLER, JR.; SUPERINTENDENT BRAD
PERITT; PERT TEAM,

            Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Fox, Senior
District Judge. (5:12-ct-03220-F)

Submitted:  June 13, 2013          Decided:  June 18, 2013

Before NIEMEYER, KING, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dwain C. Ferrell, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwain Ferrell appeals the district court's order dismissing his complaint for failing to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ferrell v. Lewis, No. 5:12-ct-03220-F (E.D.N.C. Apr. 9, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED